**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6736**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY PATRICK LOUISIAS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-93-87-F, CA-97-3-5-1F)

Submitted: March 24, 1998          Decided: June 22, 1998

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Henry Patrick Louisias, Appellant Pro Se. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Louisias, Nos. CR-93-87-F; CA-97-3-5-1F (E.D.N.C. Apr. 1, 1997). To the extent Appellant claims the district court erroneously failed to conduct an evidentiary hearing, we find that an evidentiary hearing was not required because the record conclusively shows that Appellant is not entitled to relief. See Fontaine v. United States, 411 U.S. 213, 215 (1973). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED